William D. Hyslop
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL MORALES-ESTRADA,<br><br>  Defendant. | 2:20-CR-187-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

Beginning on or about January 1, 2015, and continuing until on or about August 1, 2020, in the Eastern District of Washington, the Defendant, MIGUEL ANGEL MORALES-ESTRADA, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, namely Minor 1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate

INDICTMENT – 1

and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in this Indictment, the Defendant, MIGUEL ANGEL MORALES-ESTRADA, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this 15 day of December, 2020.

*William D. Hyslop*
William D. Hyslop
United States Attorney

*Alison Gregoire*
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT – 2