# CHARGES AND PENALTIES

**CASE NAME:** MIGUEL ANGEL MORALES-ESTRADA         **CASE NO.** 2:20-CR-187-TOR-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2020**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2251(a), (e) | Production of Child Pornography and Attempt | CAG not less than 15 years nor more than 30 years; and/or $250,000 fine; not less than 5 years nor more than life supervised release; $100 special penalty assessment; Sex Offender Registration Pursuant to 18 U.S.C. § 3014, upon conviction, unless the defendant is indigent, an additional mandatory special assessment of $5,000 must also be imposed. Pursuant to 18 U.S.C. § 2259A, the court shall assess an additional special penalty assessment of no more than $50,000 |
|  | 18 U.S.C. § 2253 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |